# CASE ANNOUNCEMENTS

*March 21, 2008*

[Cite as *03/21/08 Case Announcements*, 2008-Ohio-1268.]

## MOTION AND PROCEDURAL RULINGS

**2007–1718.   Brown v. Levin.**
Board of Tax Appeals, No. 2006–R–1041. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellee's motion for summary affirmance,
   It is ordered by the court that the motion is denied.

**2008–0269.   State v. Floyd.**
Meigs App. No. 07CA17. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellee's motion to strike appellant's notice of appeal and memorandum in support of jurisdiction,
   It is ordered by the court that the motion is denied. Appellee may file a memorandum in response within 30 days from the date of this entry.

## DISCIPLINARY CASES

**2007–1918.   Disciplinary Counsel v. McShane.**
This cause is pending before the court upon the filing of a report by the Board of Commissioners on Grievances and Discipline. Upon consideration of respondent's motion to supplement the record and second motion to remand,
   It is ordered by the court that the motion to supplement the record is denied. It is further ordered that the motion to remand is granted. This matter is hereby remanded to the Board of Commissioners on Grievances and Discipline for consideration of mitigation evidence.
   It is further ordered that oral argument scheduled for March 26, 2008, is cancelled until further order of the court.
   PFEIFER and LUNDBERG STRATTON, JJ., would grant the motion to supplement the record.

## MEDIATION REFERRALS

   The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–0531.   State ex rel. Western v. Indus. Comm.**
Franklin App. No. 07AP–330, 2008-Ohio-326.

# CASE ANNOUNCEMENTS

*March 24, 2008*

[Cite as *03/24/2008 Case Announcements*, 2008-Ohio-1310.]

## MOTION AND PROCEDURAL RULINGS

**2007–1741.   State v. Lang.**
Stark C.P. No. 2006CR1824A. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Stark County. Upon consideration of appellant's motion to unseal portions of the record filed under seal,
   It is ordered by the court that the motion is granted as to the jury questionnaires and excuse list, and denied as to the grand jury materials.